# United States Court of Appeals

### For the Eighth Circuit

_____

No. 16-3401

_____

Mark Morris

*Plaintiff - Appellant*

v.

Benny Nettles, Principal, Grimes Unit; Tracey Dowell, Assistant Principal, Grimes Unit; Grimes Correctional Unit, Arkansas Department of Correction

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Batesville

_____

Submitted: March 23, 2017
Filed: April 3, 2017
[Unpublished]

_____

Before SHEPHERD, MURPHY, and KELLY, Circuit Judges.

_____

PER CURIAM.

In this 42 U.S.C. § 1983 action, Arkansas inmate Mark Morris appeals after the district court[1] partially dismissed his complaint preservice pursuant to 28 U.S.C. § 1915A(b), and then adversely granted summary judgment. After carefully reviewing the record and the parties' arguments on appeal, we conclude that the district court properly disposed of the claims that have been addressed by Morris on appeal. See Hess v. Ables, 714 F.3d 1048, 1051 n.2 (8th Cir. 2013) (claim was abandoned where appellant did not brief court on why dismissal was improper); Beaulieu v. Ludeman, 690 F.3d 1017, 1024 (8th Cir. 2012) (grant of summary judgment is reviewed de novo); Cooper v. Schriro, 189 F.3d 781, 783 (8th Cir. 1999) (per curiam) (§ 1915A(b) dismissal is reviewed de novo); see also Robinson v. Hager, 292 F.3d 560, 564 (8th Cir. 2002) (discussing deliberate indifference standard); Hosna v. Groose, 80 F.3d 298, 304 & n.8 (8th Cir. 1996) (discussing equal protection standard for inmate who has not alleged he is member of suspect class).

———————————————

[1] The Honorable D.P. Marshall Jr., United States District Judge for the Eastern District of Arkansas, adopting the recommended dispositions of the Honorable J. Thomas Ray, United States Magistrate Judge for the Eastern District of Arkansas.